# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EDWARD WILLIAMS, #B80477 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:21-cv-00295-SMY |
| | ) | |
| PEOPLE OF THE STATE OF ILLINOIS, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on Plaintiff's Notice of Appeal and Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis* ("IFP") on appeal (Doc. 17). The Court construes the filing as a motion for leave to proceed IFP on appeal.

A party who desires to appeal IFP must file a motion that shows the party's inability to pay or to give security for fees and costs, claims an entitlement to redress, and states the issues that the party intends to present on appeal. FED.R.APP.P. 24(a)(1). When deciding a motion to appeal IFP, the Court must determine whether the appeal is taken in good faith. An appeal is taken in good faith if "… a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000)

Plaintiff's certified Trust Fund Account statement shows that he has $2684.38[1] in available funds to pay the appeal fees. Additionally, Plaintiff's Notice does not identify the issues Plaintiff plans to raise in his appeal, nor does it reveal the basis on which he intends to challenge the Court's

---

[1] This is the balance on the Trust Fund Account statement as of March 18, 2021 (Doc. 17, p. 18) and is the amount the Trust Fund Officer certified (*Id.*, p. 31). However, the actual statement shows a balance of $3440.75 as of May 26, 2021 (*Id.*, p. 30).

1

Order of dismissal (Doc. 15).  As such, Plaintiff's motion fails to meet the requirements of Rule 24(a)(1).  Moreover, the Court finds that the appeal is not taken in good faith as Plaintiff's Complaint was dismissed because the Defendants – a State's Attorney, Judge, and Court Reporter – are protected by immunity from Section 1983 claims and his claims are barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994).  (Doc. 15).

Accordingly, Plaintiff's request for leave to proceed IFP on appeal is **DENIED**.  Plaintiff shall tender the appellate filing and docketing fee of $505.00 to the Clerk of Court in this District within **THIRTY (30)** days of the date of entry of this order (on or before **July 22, 2021**).  Alternatively, he may reapply to the Seventh Circuit Court of Appeals for leave to proceed *in forma pauperis* on appeal within this **30-day** deadline.  *See* FED. R. APP. P. 24(a)(5).

**IT IS SO ORDERED.**

**DATE:  June 22, 2021**

> s/ *Staci M. Yandle*
> **STACI M. YANDLE**
> **UNITED STATES DISTRICT JUDGE**